1  AMBER S. FINCH (SBN 222321)
   afinch@reedsmith.com
2  KATHERINE J. ELLENA (SBN 324160)
   kellena@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
5  Facsimile: +1 213 457 8080

6  Attorney for Plaintiffs, ANDRE WARD
   and ROC NATION SPORTS, LLC

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 ANDRE WARD, an individual; ROC          Case No. D.C. No. 3:18-cv-07551-WHA
   NATION SPORTS, LLC, a Delaware Limited
13 Liability Company,                      Hon. William H. Alsup

14          Plaintiffs,                    **STIPULATION OF DISMISSAL WITH
                                           PREJUDICE**
15     v.
                                           Complaint filed:  Dec. 14, 2018
16                                         Pre-Trial Conf.:  Oct. 7, 2020
17 CERTAIN UNDERWRITERS AT LLOYD'S         Trial Date:       Nov. 9, 2020
   OF LONDON, Subscribing to Certificate No.
18 B1132HGBA15062712; and
   INTERNATIONAL SPECIALTY
19 INSURANCE, INC., a North Carolina
   Corporation,
20
21          Defendants.

22

23

24

25

26

27

28
                                                    CASE No. 3:18-CV-07551-WHA

1    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the remaining parties to

2    this action, Plaintiffs, ANDRE WARD, an individual, and ROC NATION SPORTS, LLC, a

3    Delaware Limited Liability Company (collectively referred to as the "Plaintiffs"); and Defendants

4    CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, Subscribing to Certificate No.

5    B1132HGBA15062712 ("Certain Underwriters") and INTERNATIONAL SPECIALTY

6    INSURANCE, INC., a North Carolina Corporation ("ISI") (collectively referred to as the

7    "Defendants"), by and through their respective attorneys of record, hereby stipulate that the entire

8    action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

9    IT IS SO STIPULATED.

10    **ATTESTATION**

11    In compliance with Local Rule 5-1, the filing attorney attests that she has obtained

12    concurrence regarding the filing and contents of this document with the other signatories thereto.

13    Dated:  September 28, 2020                    Respectfully submitted,

14                                                 REED SMITH LLP

15                                                 By:    /s/ Amber S. Finch

16                                                        Amber S. Finch
                                                         Katherine J. Ellena
17                                                       Attorneys for Plaintiffs,
                                                         ANDRE WARD and ROC NATION
18                                                       SPORTS, LLC

19

20

21

22

23

24

25

26

27

28

1

VOGRIN & FRIMET LLP

2

By:   */s/ George J. Vogrin*

3

George J. Vogrin
Michael J. Frimet

4

Walter D. Santiago, Jr.
Attorneys for Defendants,

5

CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON, Subscribing to Certificate No.

6

B1132HGBA15062712

7

CLYDE & CO US LLP

8

By:   */s/ Alexander E. Potente*

9

Alexander E. Potente
Scott W. Glassmoyer

10

Attorneys for Defendants,

11

CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON, Subscribing to Certificate No.

12

B1132HGBA15062712

13

ROPERS, MAJESKI, KOHN & BENTLEY

14

By:   */s/ Lawrence Borys*

15

Lawrence Borys
Anna Novruzyan

16

Attorneys for Defendants,
INTERNATIONAL SPECIALTY

17

INSURANCE SERVICES, INC.
Erroneously sued as INTERNATIONAL

18

SPECIALTY INSURANCE, INC.

19

20

21

22

23

24

25

26

27

28